# Mullins v. Commonwealth.

(Decided September 23, 1924.)

## Appeal from Pike Circuit Court.

Criminal Law—No Reversal on Ground Evidence Obtained by Illegal Search, in Absence of Objection or Motion for its Exclusion.—Conviction cannot be reversed on ground that evidence of guilt was obtained by illegal search, where appellant did not ob-

ject to evidence, or move for its exclusion, but merely requested peremptory instruction challenging sufficiency.

ROSCOE VANOVER for appellant.

FRANK E. DAUGHERTY, Attorney General, and GARDNER K. BYERS, Assistant Attorney General, for appellee.

OPINION OF THE COURT BY JUDGE CLAY—Affirming.

Appellant was convicted of the unlawful possession of intoxicating liquor, and asks a reversal on the ground that the only evidence of his guilt was obtained by an illegal search of his premises.

As appellant did not object to the evidence or move its exclusion, but merely requested a peremptory instruction which challenged the sufficiency of the evidence and not its admissibility, the error, if any, is not available on appeal. Elmore v. Commonwealth, 201 Ky. 427, 257 S. W. 32; Sorrels v. Commonwealth, 197 Ky. 761, 248 S. W. 205.

Judgment affirmed.